**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Friedman, | ) No. CV-12-1898-PHX-SMM |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| State Farm Mut. Auto Ins. Co. et al., | ) |
| Defendants. | ) |

Before the Court is the parties' Stipulation of Dismissal of the Case with Prejudice. (Doc. 85.)

Accordingly,

**IT IS HEREBY ORDERED dismissing with prejudice** any and all claims in this action with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** vacating the telephonic status conference set for **Tuesday, October 14, 2014, at 3:00 p.m.**

DATED this 27th day of August, 2014.


Stephen M. McNamee
Senior United States District Judge